Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-33035 JSB  
**Case Name:** BALASKAS, CHARILAOS K.  
FIALKO, ZINAIDA  
**Period Ending:** 12/31/19

**Trustee:** (330640)   THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 11/28/18 (f)  
**§341(a) Meeting Date:** 12/31/18  
**Claims Bar Date:** 10/10/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2004 Ford Ranger, 200,000 miles. Entire property | 1,575.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods & Furniture | 300.00 | 0.00 | | 0.00 | FA |
| 3 | TV & Electronics | 450.00 | 0.00 | | 0.00 | FA |
| 4 | Normal Clothes | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Checking/Savings: Woodforest National Bank | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Andrew Holevas owes money to Debtor | 75,000.00 | 0.00 | | 0.00 | 75,000.00 |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$78,125.00** | **$0.00** | | **$0.00** | **$75,000.00** |

**Major Activities Affecting Case Closing:**

Trustee investigated all real estate sales/transfers by Debtor for potential fraudulent conveyances. None found. Debtor finally turned over Note to Trustee with Minigroup Indiana/ Andrew Holevas for $75,000.00. (Note is secured by real estate located at 7231 Inidanapolis Blvd., Hammond, Indiana) Monthly payments were to begin 2/15/2019 Trustee has sent a demand letter to Minigroup Indiana/ No response received. Trustee has now located collection attorney in Indiana, David M. Blaskovich, and will be employing same as Special Counsel.

**Initial Projected Date Of Final Report (TFR):** March 15, 2021    **Current Projected Date Of Final Report (TFR):** March 15, 2021