**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Charilaos K. Balaskas &, | ) | Case No: 18-33035 |
| Zinaida Fialko | ) | |
| Debtor(s). | ) | Judge:  Janet S. Baer |

**NOTICE OF TRUSTEE'S MOTION TO EMPLOY ATTORNEYS**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT ON **February 14, 2020 at 11:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the **Honorable Judge Janet S. Baer**, or any Judge sitting in her stead, at the courthouse located at **Courtroom 240, Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** and present the attached *Trustee's Motion to Employ Attorneys* at which time you may appear as you deem necessary.

**AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD**

Thomas E. Springer
Joshua D. Greene
Springer Larsen Greene, LLC
d.b.a. Springer Brown
300 South County Farm Road, Suite G
Wheaton, IL 60187
(630) 510-0000

**CERTIFICATE OF SERVICE**

I,  Joshua D. Greene, an attorney, on oath state that I caused to be served this Notice, Motion and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 300 S. County Farm Road, Illinois before 5:45 p.m. on January 28, 2020 with proper postage prepaid.

/s/ Joshua D. Greene /s/

## SERVICE LIST

**ECF Service:**

Patrick S. Layng, Esq.
United States Trustee
219 South Dearborn Street
8th Floor
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
davidsiegelbk@gmail.com

**By U.S. Mail Service:**

Charilaos K. Balaskas
800 Konen Ave
Aurora, IL 60505

Zinaida Fialko
800 Konen Ave
Aurora, IL 60505

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Charilaos K. Balaskas &, | ) | Case No: 18-33035 |
| Zinaida Fialko | ) | |
| Debtor(s). | ) | Judge:  Janet S. Baer |

### TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEYS

NOW COMES the Trustee, THOMAS E. SPRINGER (herein "Trustee"), and moves this Court pursuant to 11 U.S.C. §327(a) and Federal Rule of Bankruptcy Procedure (FRBP) 2014 for the entry of an Order authorizing the employment of Thomas E. Springer and the law firm of SPRINGER LARSEN GREENE, LLC, d/b/a Springer Brown, as his attorneys.  In support of this Motion, Trustee respectfully states to this Court as follows:

1. On November 28, 2018 the Debtors filed their petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") under 11 U.S.C. §101 et. seq.

2. Trustee Thomas E. Springer was appointed as Trustee and concluded the Creditor Meeting pursuant to section 341 of the Code. Subsequently, Trustee issued a finding of assets.

3. Pursuant to 11 U.S.C. §327, the Trustee may employ one or more attorneys to assist in the administration of the Bankruptcy Estate.

4. Trustee wishes to employ Thomas E. Springer, and the law firm of SPRINGER LARSEN GREENE, LLC d/b/a Springer Brown, to act as Trustee's counsel in these proceedings.

5. As evidenced by the attached Affidavit, Thomas E. Springer and the law firm SPRINGER LARSEN GREENE, LLC, d/b/a Springer Brown have no connection with any creditor or any other party in interest, their respective attorneys and accountants, the United

States Trustee or any person employed in the office of the United States Trustee, or any other known party related to this bankruptcy estate or these proceedings except where indicated on the supporting Affidavits.

6. Thomas E. Springer and the law firm SPRINGER LARSEN GREENE, LLC, d/b/a Springer Brown, are disinterested parties to this proceeding and do not hold or represent any interest adverse to this estate.

7. Thomas E. Springer and the law firm SPRINGER LARSEN GREENE, LLC, d/b/a Springer Brown, have considerable experience in bankruptcy and bankruptcy related matters and are well qualified to represent the trustee in this case. Accordingly, SPRINGER LARSEN GREENE, LLC, d/b/a Springer Brown, will render professional services to the Trustee as follows:

    a. to advise and consult with the Trustee regarding the assets of the Debtor and how to pursue those assets;

    b. to prepare the necessary applications, complaints, answers, orders, reports, related pleadings and other legal papers and to appear before the Court regarding such matters as well as to prepare the necessary orders relative to those matters;

    c. to prepare, file and prosecute any and all actions to recover property of the estate and to perform all necessary functions related to execution of this Court's Orders;

    d. to perform any and all legal services that may be required from time to time during the administration of the estate herein.

8. Any compensation paid to SPRINGER LARSEN GREENE, LLC, d/b/a Springer Brown, shall be subject to prior approval of this Court, pursuant to appropriate application,

notice and hearing. At the time of the filing of this Application and Motion, the hourly rates for the respective attorneys in the applicant Law Firm are as follows:

| Thomas E. Springer | $445/hr. |
| David R. Brown | $445/hr. |
| Richard G. Larsen | $430/hr. |
| Michele M. Springer | $430/hr. |
| Joshua D. Greene | $430/hr. |
| John H. Squires | $505/hr. |

9. The above listed hourly rates are current as of the filing of this Motion seeking approval of employment by the Trustee. Any change to the referenced hourly rates or attorneys added to the Law Firm subsequent to this motion pursuant to FRBP 2014(b) shall be accordingly delineated and listed in any subsequent Motion seeking approval of compensation before the Court.

**WHEREFORE,** for the foregoing reasons, Trustee Thomas E. Springer prays for the entry of an Order authorizing him to employ Thomas E. Springer and the law firm of SPRINGER LARSEN GREENE, LLC, d/b/a Springer Brown as counsel to the Trustee, and for such other and further relief as this Court deems just and equitable.

Respectfully Submitted,
Thomas E. Springer, Trustee

By: /s/Joshua D. Greene /s/
One of His Attorneys

Thomas E. Springer
Springer Larsen Greene, LLC
d.b.a Springer Brown
Wheaton Office Center
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com