# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Charilaos K. Balaskas &, | ) | Case No: 18-33035 |
| Zinaida Fialko | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer |

## NOTICE OF TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL

TO:   See Attached service list

PLEASE TAKE NOTICE THAT ON Friday, **February 14, 2020 at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge Janet S. Baer or any Judge sitting in stead, in **Courtroom 240** of the **Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** the attached Trustee's motion to employ Special Counsel at which time you may appear as you deem necessary.

Thomas E. Springer, Trustee
Springer Larsen Greene, LLC
Dba Springer Brown
300. S. County Farm Road, Ste. G
Wheaton, IL 60187                                              /s/ Thomas E. Springer
630-510-0000                                                   Attorney for the Trustee

## CERTIFICATE OF SERVICE

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice, Motion and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 300 S. County Farm Road, Illinois before 5:45 p.m. on **January 30, 2020** with proper postage prepaid.

/s/ Thomas E. Springer

## SERVICE LIST

**ECF Service:**

Patrick S. Layng, Esq.
United States Trustee
219 South Dearborn Street
8th Floor
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
davidsiegelbk@gmail.com

David M. Blaskovich
David M. Blaskovich, P.C.
2850 45th Street
Highland, IN 46322
Dave@lawdmb.com

**By U.S. Mail Service:**

Charilaos K. Balaskas
800 Konen Ave
Aurora, IL 60505

Zinaida Fialko
800 Konen Ave
Aurora, IL 60505

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Charilaos K. Balaskas &, | ) | Case No: 18-33035 |
| Zinaida Fialko | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer |

### TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY
### SPECIAL COUNSEL

NOW COMES the Trustee, **THOMAS E. SPRINGER** (herein "Trustee"), and moves this Court pursuant to 11 U.S.C. §327(a) and Federal Rule of Bankruptcy Procedure 2014 for the entry of an Order authorizing the employment of Attorney David Blaskovich and the law firm of David M. Blaskovich, P.C. as special and additional counsel to the Bankruptcy Estate for the specific purpose of collection pursuit of a Judgment Debtor of the Estate. In support of this Motion, Trustee respectfully states to this Court as follows:

1. The debtors filed their petition for relief under Chapter 7 of the United States Bankruptcy Code on November 28, 2018 under 11 U.S.C. §101 et. seq.

2. Thereupon, Thomas E. Springer was appointed as Trustee and continues to act in that capacity.

3. As part of their filed Chapter 7 Petition and Schedules, the Debtor's Schedule "B" lists an amount due and owing to the Debtor by an "Andrew Holevas" in the amount of $75,000. The Debtor confirmed the amount due at the §341 meeting conducted by the Trustee and through also through their counsel in response to Trustee's post-petition confirmation for same.

4. To the best of Trustee's knowledge and upon information and belief with the debtor through their counsel, Trustee believes the amount scheduled due and owing has not been paid or partially paid. Trustee has sent a demand for payment to the listed owing entity but has not received any response.

5. Legal proceedings for the collection of the above debt will initiate in the State of Indiana as the listed obligor of the debt operates a business and/or resides in that state. Accordingly, the Trustee has obtained legal counsel who is familiar with and regularly practices in Indiana in order to pursue collection of the debt on behalf of the Trustee.

6. Accordingly, the Trustee wishes to employ attorney David Blaskovich to act as special and additional counsel in these proceedings for collection of the debt owed to the Chapter 7 Estate.

7. As evidenced by the attached Affidavit, neither David Blaskovich nor his law firm have any connection with any creditor or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, or any other known party related to this bankruptcy estate or these proceedings.

8. David Blaskovich is a disinterested party to this proceeding and does not hold or represent any interest adverse to this estate.

9. David Blaskovich has considerable experience in collection, bankruptcy and bankruptcy related matters and is well qualified to represent the Trustee in this case. Accordingly, David Blaskovich will render professional services to the Trustee specifically as follows:

    a. to advise and consult with trustee regarding collection of the debt owed to the Chapter 7 Bankruptcy as an asset of the Estate;

    b. to prepare, file and prosecute the necessary related pleadings and other legal papers and to appear before the Court of proper jurisdiction regarding such matters as well as to prepare the necessary orders relative to those matters;

10. David Blaskovich has agreed to represent the Trustee in this matter on a contingency basis, whereby proposed special counsel would be reimbursed all costs (out of any settlement or judgment) and be compensated up to thirty three and one-third percent (33.3%) of the gross monies if recovered and collected **prior** to a lawsuit being filed, or up to forty percent (40%) of the gross monies if recovered and collected through settlement or judgment **after** a lawsuit is file , as compensation for services rendered, such compensation subject to final approval by this Court on motion by the Trustee in accordance with §330 of the Bankruptcy Code upon application by the Trustee to this Court for approval of any proposed compromise and settlement.

**WHEREFORE,** for the foregoing reasons, Trustee **Thomas E. Springer,** prays for the entry of an Order authorizing him to employ attorney David Blaskovich as special counsel to the Trustee, and for such other and further relief as this Court deems just and equitable.

                              Respectfully Submitted,

                              **THOMAS E. SPRINGER, TRUSTEE**

                              By    /s/ Thomas E. Springer /s/
                                  Thomas E. Springer
                                  One of his attorneys

Thomas E. Springer
Springer Larsen Greene, LLC.
dba Springer Brown
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com